**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

**No. 05-6259**

———————

ISAAC PERRY,

                                    Petitioner - Appellant,

        versus

STEPHEN DEWALT, Warden; UNITED STATES OF
AMERICA,

                                    Respondents - Appellees.


———————

**No. 05-6908**

———————

ISAAC PERRY,

                                    Petitioner - Appellant,

          versus

STEPHEN DEWALT, Warden; UNITED STATES OF
AMERICA,

                                    Respondents - Appellees.


———————

Appeals from the United States District Court for the Eastern
District of North Carolina, at Raleigh.   Terrence W. Boyle,
District Judge. (CA-04-981)

———————

Submitted: November 22, 2005          Decided: December 2, 2005

Before MOTZ, TRAXLER, and GREGORY, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Isaac Perry, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Isaac Perry, a federal prisoner, appeals the district court's orders denying relief on his petition filed under 28 U.S.C. § 2241 (2000), and denying his motion for reconsideration. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. See Perry v. Dewalt, No. CA-04-981 (E.D.N.C. Jan. 27, 2005; filed Apr. 14, 2005 & entered May 3, 2005). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED